IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CT-3224-D

| | |
|---|---|
| LARRY RAY MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PAUL G. BUTLER and JOEY SMITH, ) | |
| ) | |
| Defendants. ) | |

On July 6, 2018, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 19] and recommended that the court dismiss Larry Ray Mitchell's ("Mitchell") 42 U.S.C. § 1983 complaint without prejudice. Judge Numbers concluded that Mitchell failed to state a claim upon which relief may be granted. No party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted). The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 19].

In sum, the court adopts the conclusions in the M&R [D.E. 19], and Mitchell's complaint is DISMISSED without prejudice. The clerk shall close the case.

SO ORDERED. This ⟵ day of August 2018.

                                              *J___Dever*
                                              JAMES C. DEVER III
                                              Chief United States District Judge